# Court of Appeals of the State of Georgia

ATLANTA,  September 16, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0312. PETER ZEREBINY v. THE STATE.**

In March 2013, Peter Zerebiny pleaded guilty to four counts of child molestation and a single count each of sexual battery upon a minor, statutory rape, enticing a child for indecent purposes, obscene internet contact with a child, and utilizing a computer online service to entice a child. Acting pro se, Zerebiny filed a motion for an out-of-time appeal in August 2021. Following a hearing, the trial court denied that motion. Zerebiny then filed this direct appeal. In light of the Georgia Supreme Court's decision in *Cook v. State*, 313 Ga. 471 (870 SE2d 758) (2022), we vacate the trial court's order and remand with direction.

In *Cook*, our Supreme Court eliminated the judicially created out-of-time-appeal procedure, holding that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because "there was and is no legal authority for motions for out-of-time appeal in trial courts." 313 Ga. at 506 (5). *Cook* also concluded that this holding would apply to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits . . . should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4) Accordingly, the trial court's January 16, 2022 order denying Zerebiny's motion for an out-of-time appeal is VACATED, and this case is REMANDED for the entry of an order dismissing Zerebiny's motion.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/16/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk.